# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DAVID ELIJAH BOWERS, JR.,

        Petitioner,

v.                                                      Case No. 19-C-284

TIM LUNDQUIST,

        Respondent.

## ORDER DISMISSING CASE

On February 21, 2019, David Elijah Bowers, Jr. filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, alleging that he is being illegally detained beyond the expiration of his criminal sentence in violation of the Constitution. In an order dated March 1, 2019, the court directed Bowers to file his petition on this court's form for petitions brought under § 2254 in compliance with Rule 2(d) of the Rules Governing § 2254 Cases. The court enclosed a copy of the proper form with its order, and mailed both to Bowers. The order directed Bowers to complete and file the form on or before April 1, 2019, and he was advised that failure to comply with an order of the court may result in dismissal of this action. To date, Bowers has not filed his petition on the proper form. Because Bowers has failed to comply with Rule 2(d) of the Rules Governing § 2254 Cases and does not appear to be diligently prosecuting this action, *see* Civil L. R. 41(c), his petition (Dkt. No. 1) is **DISMISSED without prejudice**.

        **SO ORDERED** this __10th__ day of April, 2019.

                                                          s/ William C. Griesbach  
                                                          William C. Griesbach, Chief Judge  
                                                          United States District Court